**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6242

DEA'SHAWN HARRISON,

Plaintiff - Appellant,

v.

ALAN WILSON, Attorney General of South Carolina; THE STATE OF SOUTH CAROLINA,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Richard Mark Gergel, District Judge.  (9:23-cv-02745-RMG)

Submitted:  July 30, 2024                          Decided:  August 2, 2024

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dea'Shawn Harrison, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dea'Shawn Harrison appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Harrison's 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b).  We have reviewed the record and find no reversible error.  Accordingly, we deny Harrison's motion for production of a transcript at government expense and affirm the district court's order. *Harrison v. Wilson*, No. 9:23-cv-02745-RMG (D.S.C. Jan. 25, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*